```
 1  SALVATORE SCIANDRA, Bar No. 58256
    Attorney at Law
 2  2300 Tulare Street, Suite 230
    Fresno, CA  93721
 3  Telephone:  559-233-1000
    Facsimile: 559-233-6044
 4

 5  Attorney for Defendant, WILLIE LEE GRAYSON

 6

 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  | CASE NUMBER: 1:04-CR-05361 OWW |
|---|---|
| Plaintiff,  ) | STIPULATION AND ORDER FOR A RESETTING OF THE STATUS CONFERENCE HEARING |
| v.  ) | |
| WILLIE LEE GRAYSON,  ) | Date:       Monday, June 26, 2006 |
|              )  | Time:       9:00 a.m. |
| Defendant.  ) | Courtroom:  Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** between plaintiff, the United States of America, and the defendant, WILLIE LEE GRAYSON by and through his counsel, that the Status Conference Hearing set for Monday, June 26, 2006 at 9:00 a.m. be vacated and set on Monday, July 17, 2006 at 9:00 a.m. The additional time is necessary due to a calendar conflict in state court for defense counsel. The parties further stipulate that time under the Speedy Trial Act, will be excluded through the date of the new status conference hearing.

Respectfully submitted,

DATED:   June 14, 2006              /s/   Salvatore Sciandra
                                    Attorney for Defendant,
                                    WILLIE LEE GRAYSON


                                    Agreed to via telephone with Ms.
                                    Montoya on 6/13/06.

/ / /

1 | / / /

2 | DATED:  June 14, 2006                                         /s/   Laurel J. Montoya
                                                                    Assistant United States Attorney

3 | / / /

4 | / / /

5 | / / /

**ORDER**

6 | IT IS SO ORDERED.

7 |

8 | **Dated:    June 14, 2006**                          /s/ Oliver W. Wanger
   | emm0d6                                              UNITED STATES DISTRICT JUDGE

U.S. v. WILLIE LEE GRAYSON
STIPULATION AND ORDER FOR A RESETTING OF THE STATUS CONFERENCE HEARING
CASE NO.: 1:04-CR-05361-0WW